**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA<br>1802 Vernon Street NW<br>PMB 2095<br>Washington, D.C. 20009,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530,<br><br>        Defendant. | Civil Case No. 1:26-cv-2287 |

## COMPLAINT

1.      Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

3.      Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4.      Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

1

actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5.      Defendant DOJ is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DOJ has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6.      On February 27, 2025, CASA submitted a FOIA request to the DOJ's Federal Bureau of Investigation ("FBI") seeking documents from January 1, 2022, to the date when the search is conducted, related to:

a. Communications to, from, or received by Christopher Wray, Steven M. D'Antuono, Allison Lawter, Timothy Thibault, Walter Giardina, Jonathan Crabb, Michelle Ball, Shannon Parry, Janeen DiGuiseppi, Jay Greenberg, Jeff Bauerlein, Catherine Bruno, Cindy Hall, Rick McNally, and Cathy L. Milhoan containing the following phrases and/or words: "Jack Smith", "FBI", "elector case", "Arctic Frost", "criminal investigation", "draft opening language", "seek approval", "investigative subject", "left-wing entities", and "Donald Trump", "Vance", "Biden", "Harris", "Kamala", "assassination", "Butler", and "Pennsylvania".

b. All communications to, from, or received by Christopher Wray, Steven M. D'Antuono, Allison Lawter, Timothy Thibault, Walter Giardina, Jonathan Crabb, Michelle Ball, Shannon Parry, Janeen DiGuiseppi, Jay Greenberg, Jeff Bauerlein, Catherine Bruno, Cindy Hall, Rick McNally, and Cathy L. Milhoan with anyone named "Missy Morgan".

2

c.  Records possessed or created by Christopher Wray, Steven M. D'Antuono, Allison Lawter, Timothy Thibault, Walter Giardina, Jonathan Crabb, Michelle Ball, Shannon Parry, Janeen DiGuiseppi, Jay Greenberg, Jeff Bauerlein, Catherine Bruno, Cindy Hall, Rick McNally, and Cathy L. Milhoan including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to the "elector case", "elector matter", or "Arctic Frost".

d.  Calendar entries from Christopher Wray, Steven M. D'Antuono, Allison Lawter, Timothy Thibault, Walter Giardina, Jonathan Crabb, Michelle Ball, Shannon Parry, Janeen DiGuiseppi, Jay Greenberg, Jeff Bauerlein, Catherine Bruno, Cindy Hall, Rick McNally, and Cathy L. Milhoan related to the "elector case", "elector matter", or "Arctic Frost".

e.  Communications regarding the "elector case", "elector matter", or "Arctic Frost" by and between one of the following people: Christopher Wray, Steven M. D'Antuono, Allison Lawter, Timothy Thibault, Walter Giardina, Jonathan Crabb, Michelle Ball, Shannon Parry, Janeen DiGuiseppi, Jay Greenberg, Jeff Bauerlein, Catherine Bruno, Cindy Hall, Rick McNally, Cathy L. Milhoan and any of the following email domains:

   i.   Politico (@politico.com)

   ii.  Military Times (@militarytimes.com)

   iii. New York Times (@nytimes.com)

   iv.  Washington Post (@washingtonpost.com)

   v.   NBC News (@nbcnews.com)

3

      vi.   ABC News (@abcnews.com)

     vii.   LA Times (@latimes.com)

   viii.   CBS News (@cbsnews.com)

     ix.   Fox News (@foxnews.com)

      x.   Wall Street Journal (@wsj.com)

     xi.   USA Today (@usatoday.com)

    xii.   Vanity Fair (@vanityfair.com)

   xiii.   CNN (@cnn.com)

   xiv.   Associated Press (@ap.com)

f.   Communications regarding the "elector case", "elector matter", or "Arctic Frost" exchanged between one or more of the following people: Christopher Wray, Steven M. D'Antuono, Allison Lawter, Timothy Thibault, Walter Giardina, Jonathan Crabb, Michelle Ball, Shannon Parry, Janeen DiGuiseppi, Jay Greenberg, Jeff Bauerlein, Catherine Bruno, Cindy Hall, Rick McNally, Cathy L. Milhoan and anyone identified as an employee, agent, consultant, or representative of one of the following organizations:

      i.   George Washington University (@gwu.edu)

     ii.   Fulton County District Attorney Office (@fultoncountyga.gov)

    iii.   Arizona Attorney General Office (@azag.gov)

    iv.   Wisconsin Attorney General Office (@doj.state.wi.us)

     v.   Michigan Attorney General (@michigan.gov) (herein referred to as "the Request" and attached as Exhibit A).

7.     Upon submission, CASA received confirmation that the Request was successfully sent to DOJ's FBI and was assigned confirmation ID 1967511 (Exhibit B).

8.     As of the date of filing, CASA has not received any further communication regarding the records from the Request.

9.     The Request seeks documents in the public interest because they will help the public's understanding of DOJ and its compliance with its own mission and responsibilities and will allow CASA to convey to the public information about records of communications by and between FBI officials regarding a politically motivated investigation related to President Donald J. Trump's 2020 campaign.

10.     As the record above indicates, over 482 days have elapsed since the federal government received CASA's request, yet DOJ still has not made a determination with respect to it. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOJ has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

11.     Given these facts, DOJ has not met its statutory obligations to provide the requested records for the request.

12.     Through DOJ's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

13. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

14. CASA's request was a properly submitted request for records within the possession, custody, and control of DOJ.

15. DOJ is an agency subject to FOIA, and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

16. DOJ is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

17. DOJ's failure to provide all non-exempt responsive records violates FOIA.

18. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Center to Advance Security in America respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: June 26, 2026          Respectfully submitted,

CENTER TO ADVANCE SECURITY IN AMERICA

By Counsel:
/s/ *James E. Trainor III*
James E. Trainor III
D.C. Bar ID: TX0012
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(415) 433-1700
JTrainor@dhillonlaw.com
*Counsel for the Plaintiff*

7